UNITED STATES OF AMERICA
UNITED STATES DISTRICT COURT
FOR THE WESTERN DISTRICT OF MICHIGAN
SOUTHERN DIVISION

---

JEFFREY R. LeBLANC,

        Plaintiff,                    Case No. 1:15-cv-165

v.                                          Honorable Paul L. Maloney

KALAMAZOO COUNTY SHERIFF,

        Defendant.
_____/

## ORDER DENYING LEAVE TO PROCEED
## *IN FORMA PAUPERIS* ON APPEAL

This is a civil rights action brought by a state prisoner pursuant to 42 U.S.C. § 1983. On February 25, 2015 (docket #3-4), the Court entered an opinion and order denying Plaintiff leave to proceed *in forma pauperis* because he has "three strikes" within the meaning of 28 U.S.C. § 1915(g). Plaintiff was ordered to pay the full civil action filing fee within 28 days. Plaintiff has now filed a notice of interlocutory appeal, but has failed to submit the $505.00 filing fee for an appeal. As outlined in the Court's opinion and order denying him pauper status based on § 1915(g), Plaintiff is barred from proceeding *in forma pauperis* on this appeal. Plaintiff has twenty-eight (28) days from the date of entry of this order to pay the entire filing fee for appealing a civil action, which is $505.00, to the Clerk of this Court.

Plaintiff's failure to comply with this order may result in dismissal of this appeal without prejudice by the Sixth Circuit Court of Appeals.

        IT IS SO ORDERED.


Dated:   March 24, 2015                                /s/ Paul L. Maloney
                                                            Paul L. Maloney
                                                            Chief United States District Judge


**SEND REMITTANCES TO THE FOLLOWING ADDRESS**:

Clerk, U.S. District Court
399 Federal Building
110 Michigan Street, NW
Grand Rapids, MI 49503

**All checks or other forms of payment shall be payable to "Clerk, U.S. District Court."**