UNITED STATES OF AMERICA
UNITED STATES DISTRICT COURT
FOR THE WESTERN DISTRICT OF MICHIGAN
SOUTHERN DIVISION

---

JEFFREY LeBLANC,

        Plaintiff,                Case No. 1:15-cv-165

v.                                  Honorable Paul L. Maloney

KALAMAZOO COUNTY SHERIFF,

        Defendant.
_____/

## **JUDGMENT**

      In accordance with the Order issued this date,

      **IT IS ORDERED** that the captioned case be and hereby is **DISMISSED** without prejudice for lack of prosecution.

Dated:  April 30, 2015              /s/ Paul L. Maloney
                                              Paul L. Maloney
                                              Chief United States District Judge